NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KENNETH ANTOINE CHLOE,**
*Plaintiff-Appellant*

**v.**

**DAVID DENT,**
*Defendant*

**GEORGE WASHINGTON UNIVERSITY,**
*Defendant-Appellee*

———————————

2024-1093

———————————

Appeal from the United States District Court for the District of Columbia in No. 1:20-cv-03090-EGS, Judge Emmet G. Sullivan.

———————————

Before LOURIE, PROST, and STOLL, *Circuit Judges.*

PER CURIAM.

### O R D E R

Kenneth Antoine Chloe appeals from the judgment of the United States District Court for the District of Columbia arising out of a private-employment dispute.  In response to this court's December 6, 2023, order to show

cause, the appellee urges dismissal. Mr. Chloe urges that this court retain jurisdiction over the case.

Our jurisdiction to review decisions of federal district courts extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1). This case is outside of that limited subject matter jurisdiction. We may transfer to another court, if it is in the interest of justice, where "the action or appeal could have been brought at the time it was filed." 28 U.S.C. § 1631. Here, the court concludes that transfer to the United States Court of Appeals for the District of Columbia Circuit is appropriate.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

February 5, 2024
Date

Jarrett B. Perlow
Clerk of Court